1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2  THOMAS MOORE (ASBN 4305-O78T)
   Assistant United States Attorney
3   9th Floor Federal Building
    450 Golden Gate Avenue, Box 36055
4   San Francisco, California 94102
    Telephone: (415) 436-6935
5
   Attorneys for United States of America
6
                IN THE UNITED STATES DISTRICT COURT FOR THE
7
                     NORTHERN DISTRICT OF CALIFORNIA
8
                          SAN FRANCISCO DIVISION
9

10 UNITED STATES OF AMERICA and      )   Case No. C-07-4049-EMC
   WILLIE WILCOX, Revenue Officer,   )
11                                   )
        Petitioners,                 )
12                                   )
     v.                              )   CONSENT TO PROCEED BEFORE A
13                                   )   UNITED STATE MAGISTRATE JUDGE
   JAMES D. BREWER,                  )
14                                   )
        Respondent.                  )
15                                   )
   _____)
16
        CONSENT TO PROCEED BEFORE A UNITED MAGISTRATE JUDGE
17
        In accordance with the provisions of Title 28, U.S.C. § Section 636(c), petitioners United
18
   States of America and Willie Wilcox, through the undersigned counsel, hereby voluntarily
19
   consent to have a United States Magistrate Judge conduct any and all further proceedings in the
20
   case, including trial, and order the entry of final judgment. Appeal from the judgment shall be
21
   taken directly to the United States Court of Appeals for the Ninth Circuit.
22

23
                                          /s/
24                                        THOMAS MOORE
                                          Counsel for Petitioners
25

26

27

28