| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SCSBN 9990) |
| | United States Attorney |
| 2 | THOMAS MOORE (ASBN 4305-T78O) |
| | Assistant United States Attorney |
| 3 | 10th Floor Federal Building |
| | 450 Golden Gate Avenue, Box 36055 |
| 4 | San Francisco, California 94102 |
| | Telephone: (415) 436-6935 |
| 5 | |
| | Attorneys for United States of America |

ORIGINAL FILED
SEP 26 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA and
WILLIE WILCOX, Revenue Agent,

    Petitioners,

v.

JAMES D. BREWER,

    Respondent.

No. C-07-4049-EMC

**REQUEST FOR DISMISSAL AND ORDER THEREON**

This case having come on for hearing on September 26, 2007, at 10:30 a.m., upon the return of an Order to Show Cause heretofore issued by this Court, and the Court having considered the record herein, including the Verified Petition To Enforce Internal Revenue Service Summons.

The Respondent complied with summons this morning and for that reason the United States of America asks that this matter be dismissed with prejudice.

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_/s/ Thomas Moore_
THOMAS MOORE
Assistant United States Attorney

**IT IS SO ORDERED.**

**ORDERED** this 26th day of September, 2007 at San Francisco, California.

_____
UNITED STATES MAGISTRATE JUDGE